# UNITED STATES DISTRICT COURT
# DISTRICT OF DELAWARE

| | |
|---|---|
| BLAKE ORDONEZ, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> CIT GROUP INC., ELLEN R. ALEMANY, ) <br> MICHAEL L. BROSNAN, MICHAEL A. ) <br> CARPENTER, DORENE C. DOMINGUEZ, ) <br> ALAN FRANK, WILLIAM M. FREEMAN, ) <br> R. BRAD OATES, GERALD ) <br> ROSENFELD, JOHN RYAN, SHELIA A. ) <br> STAMPS, KHANH T. TRAN, LAURA S. ) <br> UNGER, FIRST CITIZENS ) <br> BANCSHARES, INC., FIRST-CITIZENS ) <br> BANK & TRUST COMPANY, and FC ) <br> MERGER SUBSIDIARY IX, INC., ) <br> ) <br> Defendants. ) | Case No. 1:20-cv-01586-RGA |

## PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL

PLEASE TAKE NOTICE that, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), plaintiff hereby voluntarily dismisses the above-captioned action (the "Action"). Defendants have filed neither an answer nor a motion for summary judgment in the Action.

Dated: December 2, 2020

**RIGRODSKY & LONG, P.A.**

By: */s/ Gina M. Serra*
Seth D. Rigrodsky (#3147)
Brian D. Long (#4347)
Gina M. Serra (#5387)
300 Delaware Avenue, Suite 210
Wilmington, DE 19801
Telephone: (302) 295-5310
Facsimile: (302) 654-7530
Email: sdr@rl-legal.com
Email: bdl@rl-legal.com
Email: gms@rl-legal.com

*Attorneys for Plaintiff*